Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
JOSEPH F. OFFENHAUSER (SBN 341362)
3638 American River Drive
Sacramento, California 95864
Telephone:    (916) 978-3434
Facsimile:    (916) 978-3430
Email:        mjaime@mathenysears.com

Attorneys for Defendant, COSTCO WHOLESALE
CORPORATION

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY DU, | State Case No.: 34-2022-00316817 |
| Plaintiff, | **DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL** |
| v. | **[DIVERSITY JURISDICTION]** |
| COSTCO WHOLESALE CORPORATION, COSTCO WAREHOUSE NO. 464; and DOES 1 through 20, inclusive, | Complaint filed:  Mar 15, 2022 |
| Defendant. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant COSTCO WHOLESALE CORPORATION hereby removes the matter Kenny Du v. Costco Wholesale Corporation; Costco Warehouse No. 464; and DOES 1-20 inclusive, from the Superior Court of California, County of Sacramento, Case No. 34-2022-00316817 to the United States District Court for the Eastern District of California, under 28 U.S.C. §§ 1441(b) and 1446(b)(3). Copies of the pleadings and other papers served on the removing defendants in the above-described action are attached to this Notice of Removal as required by 28 U.S.C. § 1446. (See **Exhibits A, B, C, and D**.)

**I.    STATEMENT OF JURISDICTION**

1.    As the appended record demonstrates, the action pending in the state court is a civil matter with the original diversity jurisdiction of the federal district courts under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between the litigants, and the amount

1

1    in controversy exceeds $75,000.00.

2        2.      Based upon information and belief, Plaintiff was a California citizen and resident

3    of the County of Sacramento, California on February 1, 2021, the date of the alleged incident;

4    based on information and belief, Plaintiff was a citizen of California and resident of the County of

5    Sacramento, California when he filed the Complaint on March 15, 2022; and based upon

6    information and belief, Plaintiff is a citizen of California and resident of the County of Sacramento,

7    California at the time of filing of this Notice of Removal. (*See* Plaintiff's Complaint, ¶ 2, attached

8    herewith as **Exhibit A**.)

9        3.      Defendant COSTCO WHOLSESALE CORPORATION was on February 1, 2021,

10   the date of the subject incident alleged by Plaintiff, and on March 15, 2022, the filing date of

11   Plaintiff's Complaint, a Washington Corporation with its principal place of business in Issaquah,

12   Washington. At the time of filing this Notice of Removal, Defendant is a Washington Corporation

13   with its principal place of business in Issaquah, Washington.  The purported Defendant COSTCO

14   WAREHOUSE NO. 464 is not a separate legal entity but rather a part of Defendant COSTCO

15   WHOLESALE CORPORATION.

16       4.      Plaintiff claims to have suffered general damages and special damages. (*See*

17   Statement of Damages, attached as **Exhibit B**.)

18       5.      On April 29, 2022, Plaintiff asserted in his Statement of Damages, prepared by his

19   counsel, that he has incurred some $5,120,000.00 in total damages due to the alleged incident at

20   Costco on February 1, 2021. (*See* Statement of Damages, attached as **Exhibit B**.)

21       6.      Thus, because this action involves citizens of different states and the amount in

22   controversy exceeds $75,000, diversity jurisdiction exists.

23   **II.    VENUE**

24       7.      This action was filed in the Superior Court of California for the County of

25   Sacramento. Venue properly lies with the United States District Court for the Eastern District of

26   California as the district and division embracing the geographic locations where the action is

27   pending. (*See* 28 U.S.C. §§ 84(b) 1441(a).) Defendant is a corporation doing business in the

28   County of Sacramento. (Complaint, ¶ 1.) Consequently, the alleged acts and events Plaintiff

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

1  complains of occurred in this judicial district. (28 U.S.C. § 1391(a).)

2  **III.     INTRADISTRICT ASSIGNMENT**

3       8.     Assignment to the United States District Court for the Eastern District in California

4  sitting in Sacramento is proper under 28 U.S.C. §§ 1331 and 1441(a) and Eastern District of

5  California Rule 120(d) because the state court action was filed and is pending in the County of

6  Sacramento and Plaintiff is a citizen of California and the alleged acts and events Plaintiff

7  complains of occurred in Sacramento County.

8  **IV.     PLEADINGS, PROCESS, AND ORDERS**

9       9.     On March 14, 2022, Plaintiff filed a Complaint in Sacramento County Superior

10 Court alleging negligence and premises liability against Defendant COSTCO WHOLESALE

11 CORPORATION. A copy of the Complaint is attached as **Exhibit A**.

12          a.     Plaintiff in his Statement of Damages, based on information and belief,

13                 prepared by his counsel, asserted that he has incurred some $5,120,000.00

14                 in total damages due to the aforementioned incident at Costco on February

15                 1, 2021. A copy of Plaintiff's Statement of Damages was previously

16                 attached as **Exhibit B**.

17          b.     On April 12, 2022, Defendant COSTCO WHOLESALE CORPORATION

18                 filed an Answer in Sacramento County Superior Court in response to the

19                 Complaint. (*See* Defendant's Answer, attached as **Exhibit C**.)

20 **V.     DIVERSITY OF CITIZENSHIP**

21      10.     A corporation is a citizen of its state of incorporation and the state in which its

22 principal place of business is located. (28 U.S.C. § 1332(c)(1); *Hertz v. Friend*, U.S. 77, 80 (2010).)

23 A corporation's principal place of business is ". . . the place where a corporation's officers direct,

24 control, and coordinate the corporation's activities. It is the place that Courts of Appeal have called

25 the corporation's 'nerve center.'" (*Id.* at pp. 92-93.) A corporation's "nerve center" is usually its

26 headquarters. (*Ibid.*)

27      11.     Defendant COSTCO WHOLESALE CORPORATION could ascertain from the

28 face of the Complaint that Plaintiff was a California citizen. (Complaint, ¶ 2.) From the face of the

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

3

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

1  Complaint, Defendant could likewise ascertain that Plaintiff was a citizen of the County of

2  Sacramento. (Complaint, ¶ 2.) The Complaint was served on March 22, 2022.

3       12.    On April 29, 2022, Defendant COSTCO WHOLESALE CORPORATION

4  received Plaintiff's Statement of Damages for $5,120,000.00, which exceeds $75,000.00.

5  (Attached hereto as **Exhibit B**.)

6       13.    Defendant COSTCO WHOLESALE CORPORATION was on February 1, 2021,

7  the date of the subject incident alleged in Plaintiff's Complaint, and on March 15, 2022, the filing

8  date of Plaintiff's Complaint, a Washington Corporation with its principal place of business in

9  Issaquah, Washington, and is the only defendant that has been served with summons and complaint

10  in this action.

11       14.    Thus, complete diversity of citizenship exists between the parties as required under

12  28 U.S.C. § 1332(a)(1) because Plaintiff is a California citizen and Defendant COSTCO

13  WHOLESALE CORPORATION is a citizen of Washington.

14       15.    Further, the amount in controversy requirement is satisfied whereas the Statement

15  of Damages is greater than five (5) million dollars, which exceeds $75,000.00.

16       16.    Therefore, with complete diversity of citizenship between opposing parties, and the

17  required amount in controversy exceeded, this matter is removable.

18  **VI.    TIMELINESS OF REMOVAL**

19       17.    A case is removable on diversity grounds if the initial pleading setting forth the

20  claim for relief alleges facts indicating diversity. (28 U.S.C. §§ 1332(a), 1446(b)(1).)

21       18.    The Complaint was served on Defendant COSTCO WHOLESALE

22  CORPORATION on March 22, 2022. (*See* Proof of Service Summons, attached as **Exhibit D**.)

23  The Complaint disclosed Plaintiff's California citizenship, enabling Defendant to ascertain

24  diversity existed. (Complaint, ¶ 2.) However, the Complaint did not disclose that the amount in

25  controversy exceeded $75,000.00.

26       19.    On April 29, 2022, Defendant COSTCO WHOLESALE CORPORATION

27  received Plaintiff's Statement of Damages that confirmed Plaintiff alleges an amount in

28  controversy in excess of $75,000.00. The Statement of Damages constitutes "other paper" as that

1  term is used 28 U.S.C. 1446 (b)(3).  Defendant has until May 29, 2022, to remove the state court

2  matter to federal court.

3       20.    Defendant COSTCO WHOLESALE CORPORATION removed the matter from

4  state to federal court on May 26, 2022.

5       21.    Therefore, Defendant COSTCO WHOLESALE CORPORATION has timely

6  removed this action to the United States District Court for the Eastern District of California.

7  **VII.    NOTICE TO PLAINTIFF AND TO STATE COURT**

8       24.    Witten notice of this filing will be provided to Plaintiff's Counsel of Record and a

9  copy of the Notice of Removal will be filed with the Clerk of the Sacramento County Superior

10  Court.

11  **VIII.    CONCLUSION**

12       25.    For the foregoing reasons, Defendant COSTCO WHOLESALE CORPORATION

13  removes this action to the United States District Court for the Eastern District of California.

14

15  Dated:  May 26, 2022                **MATHENY SEARS LINKERT & JAIME LLP**

16

17                          By: /s/ Matthew C. Jaime
                                MATTHEW C. JAIME,
18                              Attorneys for Defendant COSTCO
                                WHOLESALE CORPORATION

19

*(left margin)* LAW OFFICES OF **MATHENY SEARS LINKERT & JAIME LLP** 3638 AMERICAN RIVER DRIVE SACRAMENTO, CALIFORNIA 95864

*DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL*

# EXHIBIT A

FILED
Superior Court Of California
Sacramento
03/14/2022
mwhitaker
By_____, Deputy
Case Number:
34-2022-00316617

1  NOLAN R. JONES, ESQ. / SBN: 309151
   **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
2  20 Bicentennial Circle
   Sacramento, CA 95826
3  Telephone:  (916) 379-3500
   Facsimile:  (916) 379-3599
4  DBBWC-ESERVICE@dbbwc.com

5  Attorneys for Plaintiff

6

7

8                    SUPERIOR COURT OF CALIFORNIA

9                      COUNTY OF SACRAMENTO

10

11  KENNY DU,                              Case No.:

12       Plaintiff,                        **COMPLAINT**

13       v.

14  COSTCO WHOLESALE CORPORATION,
    COSTCO WAREHOUSE NO. 464, and DOES 1
15  through 20, inclusive,

16       Defendants.

17  _____

18              **<u>FIRST CAUSE OF ACTION</u>**

                **<u>(Personal Injury: KENNY DU)</u>**
19

20      Plaintiff KENNY DU complains against Defendants COSTCO WHOLESALE CORPORATION,

    COSTCO WAREHOUSE NO. 464 and DOES 1 through 20 and alleges as follows:
21
        1.    The  true  names  and  capacities  --  whether  individual,  corporate,  associate  or
22
    otherwise -- of Defendants DOES 1 through 20, are unknown to Plaintiff, who therefore sues such
23
    DOES by such fictitious names.  Plaintiff will amend this Complaint to show their true names and
24
    capacities when the same have been ascertained.  Each of the Defendants, and DOES 1 through
25
    20, are legally responsible in some manner -- negligently, in warranty, strictly, or otherwise -- for
26
    the incident that is the subject of this Complaint.
27
        2.    Plaintiff is now, and at all times herein mentioned was, a citizen of and resident
28
    within the County of Sacramento, State of California.  Plaintiff further alleges that each Defendant

                                   -1-
**Complaint**

1   is a citizen and resident of, or doing business within, the County of Sacramento, and State of

2   California.  Defendant COSTCO WHOLESALE CORPORATION is a Washington state incorporated

3   corporation doing business within and throughout the State of California. The amount in

4   controversy is in excess of the minimal jurisdictional limits of this Court.

5          3.     That it is unknown by Plaintiff at this time whether Defendants COSTCO

6   WHOLESALE CORPORATION, COSTCO WAREHOUSE NO. 464 and DOES 1 through 20 are doing

7   business as a partnership, corporation, or other type of entity, and Plaintiff will ask leave to

8   amend this pleading to set forth their true names and capacities when the same have been

9   ascertained.

10         4.     Plaintiff is informed and believes and upon said information and belief alleges that

11  at all times herein mentioned Defendants COSTCO WHOLESALE CORPORATION, COSTCO

12  WAREHOUSE NO. 464 and DOES 1 through 20, and each of them are, and for a long time prior

13  thereto, were owners and/or in possession of the certain premises located at 7981 E Stockton

14  Blvd., Sacramento, California.

15         5.     That Plaintiff is informed and believes and thereon alleges that, at all times herein

16  mentioned, Defendants DOES 1 through 10, and each of them, were acting within the course and

17  scope of employment by Defendants COSTCO WHOLESALE CORPORATION, COSTCO WAREHOUSE

18  NO. 464 and DOES 11 through 20, and each of them.

19         6.     That on or about February 1, 2021, Plaintiff KENNY DU, while legally on the

20  premises as described hereinabove, walking across a foreseeable pedestrian route, slipped and fell

21  from liquid on the concrete at the Costco gas station number 2, causing injury and damages to

22  Plaintiff.  The slip-and-fall was caused by a dangerous condition of the premises owned and

23  operated by Defendants and each of them. Plaintiff is informed and believes and thereon alleges

24  that on the day in question, the Defendants, their agents, employees and each of them, created

25  the dangerous condition that led to the slip-and-fall event. Plaintiff also alleges that Defendants

26  and each of them knew or should have known of said dangerous condition. Plaintiff further alleges

27  the dangerous condition existed for a sufficiently long period of time for Defendants to have

28  discovered, removed or remedied it, and Defendants' failure to do so constitutes negligence in

-2-

Complaint

1 | Defendant's maintenance of the area where the incident occurred. Plaintiff is informed and
2 | believes and thereon alleges that on the day in question, the Defendants, their agents, and each
3 | of them, knew or should have known of the improperly maintained area.

4 |      7.    That at said time and place, Defendants COSTCO WHOLESALE CORPORATION,
5 | COSTCO WAREHOUSE NO. 464 and DOES 1 through 20 and each of them, negligently caused,
6 | permitted, constructed, managed and maintained, inspected, supervised, etc. said gas station
7 | area permitting them to be in a dangerous, defective and hazardous condition in an area allowed
8 | for usage of persons lawfully on the premises.

9 |      8.    As a result of the negligence of Defendants, Plaintiff KENNY DU suffered personal /
10 | bodily injuries, resulting in economic and noneconomic damages.  Economic damages include, but
11 | are not limited to, (1) past and future medical and/or ancillary related expenses, (2) past and
12 | future income and/or earning capacity loss, (3) loss of ability to provide household services, and
13 | (4) incidental and consequential damages and/or property damage and loss of use.  Noneconomic
14 | damages include, but are not limited to (1) past and future physical and mental suffering, (2) loss
15 | of enjoyment of life, (3) physical impairment, (4) inconvenience, (5) anxiety, and (6) emotional
16 | distress.

17 |     Plaintiff KENNY DU prays for judgment against Defendants for:

18 |     a.    Noneconomic damages in excess of the jurisdictional limit of this Court;

19 |     b.    All medical and incidental expenses according to proof;

20 |     c.    All loss of earnings according to proof;

21 |     d.    Prejudgment interest to the extent permitted by law;

22 |     e.    All costs of suit; and

23 |     f.    Such other and further relief as this Court may deem just and proper.

24 |

25 | DATED: March 14, 2022               **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

26 |

27 |                            By:                                  

28 |                                 NOLAN R. JONES

**Complaint**

-3-

# EXHIBIT B

1  NOLAN R. JONES, ESQ. / SBN: 309151
   **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
2  20 Bicentennial Circle
   Sacramento, CA 95826
3  Telephone:  (916) 379-3500
   Facsimile:  (916) 379-3599
4  DBBWC-ESERVICE@dbbwc.com

5  Attorneys for Plaintiff

6

7

8                       SUPERIOR COURT OF CALIFORNIA

9                         COUNTY OF SACRAMENTO

10

11  KENNY DU,                              Case No.: 34-2022-00316817

12       Plaintiff,                        **PLAINTIFF'S RESPONSES TO REQUEST**
                                           **FOR STATEMENT OF DAMAGES, SET ONE**
13       v.

14  COSTCO WHOLESALE CORPORATION,
    COSTCO WAREHOUSE NO. 464, and DOES 1
15  through 20, inclusive,

16       Defendants.                       Complaint Filed: March 14, 2022
                                           Trial Date: Not Assigned
17

18       **TO DEFENDANT COSTCO WHOLESALE CORPORATION:**

19       COMES NOW Plaintiff KENNY DU responds to Defendant's Request for Statement of

20  Damages Being Sought by Plaintiff hereto.

21

22  DATED: April 29, 2022            **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

23

24                                   By: _____
                                         NOLAN R. JONES
25

26

27

28
                                         -1-
    Plaintiff's Responses to Request for
    Statement of Damages, Set One

CIV-050

**- DO NOT FILE WITH THE COURT -**
**- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| NOLAN R. JONES, ESQ /SBN: 309151 | (916) 379-3500 | |
| Dreyer Babich Buccola Wood Campora, LLP<br>20 Bicentennial Circle<br>Sacramento, CA 95826 | (916) 379-3599 | |
| ATTORNEY FOR *(Name)*: Plaintiff, KENNY DU | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SACRAMENTO
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME:

PLAINTIFF: KENNY DU
DEFENDANT: COSTCO WHOLESALE CORPORATION, et al

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>34-2022-00316817 |
|---|---|

To *(name of one defendant only)*: COSTCO WHOLESALE CORPORATION
Plaintiff *(name of one plaintiff only)*: KENNY DU
seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**
   a. ☒ Pain, suffering, and inconvenience................................................. $ 2,000,000.00
   b. ☒ Emotional distress............................................................................ $ 2,000,000.00
   c. ☐ Loss of consortium........................................................................... $ _____
   d. ☐ Loss of society and companionship *(wrongful death actions only)* ........... $ _____
   e. ☐ Other *(specify)* .................................................................................. $ _____
   f. ☐ Other *(specify)* .................................................................................. $ _____
   g. ☐ Continued on Attachment 1.g.

2. **Special damages**
   a. ☒ Medical expenses *(to date)* ........................................................... $ 100,000.00
   b. ☒ Future medical expenses *(present value)* .................................... $ 500,000.00
   c. ☒ Loss of earnings *(to date)* ............................................................ $ 20,000.00
   d. ☒ Loss of future earning capacity *(present value)* ........................ $ 500,000.00
   e. ☐ Property damage............................................................................. $ _____
   f. ☐ Funeral expenses *(wrongful death actions only)* ............................... $ _____
   g. ☐ Future contributions *(present value) (wrongful death actions only)* ........ $ _____
   h. ☐ Value of personal service, advice, or training *(wrongful death actions only)* ..... $ _____
   i. ☐ Other *(specify)* .................................................................................. $ _____
   j. ☐ Other *(specify)* .................................................................................. $ _____
   k. ☐ Continued on Attachment 2.k.

3. ☐ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)* $ _____
   when pursuing a judgment in the suit filed against you.

Date: April 29, 2022

NOLAN R. JONES, ESQ.
(TYPE OR PRINT NAME)

▶ *(signature)*

(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

CEB® | Essential Forms
ceb.com

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

D-DU, KENNY

1

**PROOF OF SERVICE – CCP § 1013, 1013a, 2015.5
and California Rules of Court, Rule 2.306**

2

3

*Du v. Costco Wholesale Corporation, et. al.*
*Sacramento County Superior Case No.: 34-2022-00316817*

4

I, the undersigned, declare that:

5

I am a citizen of the United States and am over the age of eighteen years and not a party to the within above-entitled action. I am an employee of Dreyer Babich Buccola Wood Campora, LLP and my business address is 20 Bicentennial Circle, Sacramento, CA 95826.

6

7

On the date below, I served the within document:

8

**PLAINTIFF'S RESPONSES TO REQUEST FOR STATEMENT OF DAMAGES, SET ONE**

9

On the parties in said action addressed as follows:

10

Matthew C. Jaime, Esq.                  Attorneys for Defendant
MATHENY SEARS LINKERT & JAIME LLP        COSTCO WHOLESALE CORPORATION
3638 American River Drive

11

Sacramento, CA 95864-5901                Email: mjaime@mathenysears.com
Telephone: (916) 978-3434                cc: rzapardiel@mathenysears.com

12

Facsimile: (916) 978-3430                rladrido@mathenysears.com

13

☐  **BY FACSIMILE MACHINE (FAX):** On _____, 20__, at _____ a.m./p.m. by use of facsimile machine telephone number (916) 379-3599, I served a true copy of the aforementioned document(s) on the parties in said action by transmitting by facsimile machine to the numbers as set forth above.  The facsimile machine I used complied with California Rules of Court, Rule 2.301 and no error was reported by the machine.  Pursuant to California Rules of Court, Rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.

14

15

16

17

☐  **BY MAIL:** I am familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service and that each day's mail is deposited with the United States Postal Service that same day in the ordinary course of business.   On the date set forth above, I served the aforementioned document(s) on the parties in said action by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing on this date, following ordinary business practices, at Sacramento, CA, addressed as set forth above.

18

19

20

21

☒  **ONLY BY ELECTRONIC TRANSMISSION:** Only by e-mailing the document(s) to the person(s) at the e-mail address(es) listed based on notice provided by the California Judicial Council on April 17, 2020 that, during the Coronavirus (COVID-19) pandemic counsel may be unable to send or receive physical mail as usual, and is therefore using electronic mail (California Rules of Court, Appendix 1, Emergency Rule 12.) No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

22

23

24

25

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on April 29, 2022, at Sacramento, CA.

26

27

28

MELISSA EARLS

-2-

Proof of Service

# EXHIBIT C

FILED
Superior Court Of California,
Sacramento
04/12/2022
mwhitaker
By_____ , Deputy
Case Number:
34-2022-00316817

1  Law Offices of
2  **MATHENY SEARS LINKERT & JAIME LLP**
   MATTHEW C. JAIME (SBN 140340)
3  3638 American River Drive
   Sacramento, California 95864
   Telephone:    (916) 978-3434
4  Facsimile:     (916) 978-3430
   mjaime@mathenysears.com
5
6  Attorneys for Defendant, COSTCO WHOLESALE
   CORPORATION
7
8              SUPERIOR COURT OF CALIFORNIA
9                COUNTY OF SACRAMENTO
10
11  KENNY DU,                          Case No. 34-2022-00316817
12              Plaintiff,             **ANSWER TO COMPLAINT**
13        v.
14  COSTCO WHOLESALE               Complaint filed: 3/15/22
    CORPORATION, COSTCO            Trial date: TBD
15  WHAREHOURSE 464 and DOES 1 to 20,
    inclusive,
16
17              Defendant.
18
19
20      Defendant COSTCO WHOLESALE CORPORATION [hereinafter "COSTCO"] hereby
21  sets forth its Answer and Affirmative Defenses to Plaintiff KENNY DU'S Complaint for Damages
22  and demands trial by jury.
23                                    I
24      COSTCO denies each and every, all and singular, generally and specifically, the allegations
25  in said Complaint, and each and every part thereof; denies that plaintiff has been injured or
26  damaged in any sum or manner whatsoever as a result of the action or inaction of COSTCO, and
27  further denies that plaintiff is entitled to any further relief whatsoever from COSTCO.
28  ///

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

1

*ANSWER TO COMPLAINT*

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

**II**

AS A FURTHER, SEPARATE, AND DISTINCT ANSWER AND DEFENSE to plaintiff's Complaint on file herein, and to each and every cause of action contained therein, COSTCO is informed and believes and thereon alleges, that at the time and place of the events described in plaintiff's Complaint, plaintiff was himself, careless, negligent or otherwise legally at fault, and that said carelessness, negligence or other legal fault on the part of plaintiff proximately caused or contributed to, in whole or in part, the injuries, losses and damages complained of, if any there are, by reason of these premises, plaintiff's Complaint is barred, or her recovery is reduced in direct proportion to the amount of contributory or other legal fault.

**III**

AS A FURTHER, SEPARATE, AND DISTINCT ANSWER AND DEFENSE to plaintiff's Complaint on file herein, and to each and every cause of action contained therein, COSTCO is informed and believes and thereon alleges, that at the time and place of the events described in plaintiff's Complaint, persons and entities as yet unknown to COSTCO were careless, negligent or otherwise legally at fault, and that such conduct proximately caused or contributed to the losses and damages, complained of by plaintiff, if any there are, and that liability should be apportioned among COSTCO and said persons and entities based upon respective percentages of fault.

**IV**

AS A FURTHER, SEPARATE, AND DISTINCT ANSWER AND DEFENSE to plaintiff's Complaint on file herein, and to each and every cause of action contained therein, COSTCO alleges that in the event plaintiff recovers judgment against COSTCO, said judgment should be apportioned under equitable principles of comparative fault based upon percentages of liability attributable to each defendant or responsible person or entity.

**V**

AS A FURTHER, SEPARATE, AND DISTINCT ANSWER AND DEFENSE to plaintiff's Complaint, COSTCO alleges that plaintiff's Complaint fails to state facts sufficient to state a cause of action against COSTCO.

2

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

**VI**

AS A FURTHER, SEPARATE, AND DISTINCT ANSWER AND DEFENSE to plaintiff's Complaint, COSTCO alleges that as to each and every cause of action alleged in plaintiff's Complaint, the court lacks personal jurisdiction over COSTCO.

**VII**

AS A FURTHER, SEPARATE, AND DISTINCT ANSWER AND DEFENSE to plaintiff's Complaint, COSTCO alleges that as to each and every cause of action alleged in plaintiff's Complaint, the court lacks subject matter jurisdiction over COSTCO.

**VIII**

AS A FURTHER, SEPARATE, AND DISTINCT ANSWER AND DEFENSE to plaintiff's Complaint, COSTCO alleges that plaintiff lacks capacity to sue for the claims set forth therein.

**IX**

AS A FURTHER, SEPARATE, AND DISTINCT ANSWER AND DEFENSE to plaintiff's Complaint, and to each and every cause of action contained therein, COSTCO alleges that plaintiff, with the exercise of reasonable diligence and effort, would have and could have mitigated the damages alleged in said Complaint, if any there are, and that the resultant damages, if any, complained of in said Complaint were directly and proximately caused by the failure, neglect and refusal of plaintiff to exercise reasonable diligence in an effort to mitigate the damages alleged.

**X**

AS A FURTHER, SEPARATE, AND DISTINCT ANSWER AND DEFENSE to plaintiff's Complaint on file herein, and to each and every cause of action contained therein, COSTCO is informed and believes and thereon alleges that the injuries of which plaintiff complains, are the proximate result of the acts, errors or omissions, negligence or other legal fault of parties, codefendants, persons, partnerships, corporations and entities, both named and unnamed. By virtue of the provisions of California Civil Code sections 1431 et seq. (Proposition 51, adopted June 3, 1986), COSTCO respectfully requests that damages, if any, be allocated and

3

*ANSWER TO COMPLAINT*

1  apportioned amongst all causative factors and that COSTCO be found legally responsible only for

2  COSTCO's determined share of legal fault.

**XI**

4  AS A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE to

5  plaintiff's Complaint on file herein, COSTCO alleges that plaintiff's Complaint is barred by the

6  applicable statute of limitations set forth in the California Code of Civil Procedure.

**XII**

8  AS A FURTHER, SEPARATE AND DISTINCT DEFENSE, it is hereby alleged that

9  COSTCO did not have either actual or constructive notice, or had inadequate notice, of the alleged

10  dangerous condition described in the Complaint or that said condition had existed for a sufficient

11  time prior to the accident described in the Complaint for measures to have been reasonably taken

12  to protect against, remedy, or warn of the alleged condition.

**XIII**

14  AS A FURTHER, SEPARATE AND DISTINCT DEFENSE, it is hereby alleged that

15  at the time of the accident described in the Complaint, COSTCO did not have any care, custody,

16  control, or supervision over the area where said accident allegedly occurred.

**XIV**

18  AS A FURTHER, SEPARATE AND DISTINCT DEFENSE, it is hereby alleged that

19  the dangerous condition or defects allegedly existing on the premises described in the Complaint,

20  if said condition or defects existed, which is expressly denied, then said condition or defects were

21  or should have been open and obvious to plaintiff, and therefore no warning about said condition

22  or defects was necessary or required.

**XV**

24  AS A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE to

25  plaintiff's Complaint on file herein, the COSTCO alleges that at the time and place referred to in

26  plaintiff's Complaint, plaintiff voluntarily assumed the risk of injury and damage to himself and

27  that any injury or damage suffered by said plaintiff at said time and place was voluntarily assumed

28  by him.

4

*ANSWER TO COMPLAINT*

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

1

**XVI**

**AS A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE** to plaintiff's Complaint on file herein, and to each and every purported cause of action contained therein, COSTCO alleges that the risk of injury created by the alleged condition of property was minor, trivial or insignificant in light of the surrounding circumstances and did not create a substantial risk of injury. Plaintiff is therefore barred entirely from recovery against COSTCO, or alternatively, plaintiff should have the recovery, if any, proportionally reduced.

**XVII**

**AS A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE** to plaintiff's Complaint on file herein, COSTCO alleges that COSTCO presently has insufficient knowledge and information upon which to form a belief as to whether COSTCO may have additional, as yet unstated, defenses. Accordingly, COSTCO reserves the right to assert additional defenses in the event discovery and investigation reveals a factual and legal basis for such affirmative defenses.

WHEREFORE, COSTCO prays:

1.      Plaintiff take nothing against it by his Complaint;

2.      Defendant has judgment for its costs of suit; and

3.      Such other and further relief as the court deems just and proper.

Dated: April 12 2022                    **MATHENY SEARS LINKERT & JAIME LLP**

By: _____
    MATTHEW C. JAIME,
    Attorneys for Defendant COSTCO
    WHOLESALE CORPORATION

*Left margin:* LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

5

*ANSWER TO COMPLAINT*

**DU v. COSTCO WHOLESALE CORPORATION**
**SACRAMENTO COUNTY CASE NO. 34-2022-00316817**

**PROOF OF SERVICE**

    I am a citizen of the United States and employed in Sacramento County. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3638 American River Drive, Sacramento, CA 95864.  On this date, I served:

**ANSWER TO COMPLAINT**

[ ]    **BY MAIL.**  By placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States Post Office mail box at Sacramento, California, addressed as set forth below. I am readily familiar with my firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date of postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ]    **BY PERSONAL SERVICE.**  I caused such document(s) to be personally hand delivered on this same date to the person(s) as set forth below.

[ ]    **BY FACSIMILE TRANSMISSION.**   I transmitted such document(s) by facsimile machine to the facsimile number for the person(s) as set forth below.

[xx ]    **BY ELECTRONIC MAIL:** by sending the attached document via electronic mail to the e-mail addresses set forth below:

[ ]    **BY OVERNIGHT COURIER.** By placing a true copy thereof enclosed in a sealed Federal Express envelope, with the correct fee to be paid, in the correct drop box at Sacramento, California, addressed as set forth below. I am readily familiar with my firm's practice of collection and processing Federal Express for overnight delivery.

| | |
|---|---|
| Nolan Jones, Esq.<br>Dreyer, Babich, Buccola, Wood & Campora, LLP<br>20 Bicentennial Circle<br>Sacramento, CA 95826<br><br>Phone: (916) 379-3500<br>Fax:   (916) 379-3599<br>Email: dbbwc-eservice@dbbwc.com | Attorney for Plaintiff KENNY DU |

    I declare under penalty of perjury, according to the laws of the State of California, that the foregoing is true and correct.

    Executed this ___ day of April, 2022, at Sacramento, California.

_Rhonda Ladrido_
Rhonda Ladrido

6

*ANSWER TO COMPLAINT*

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

# EXHIBIT D

| | | FILED |
|---|---|---|
| *Attorney or Party without Attorney:*<br>NOLAN R JONES ESQ, Bar #309151<br>DREYER, BABICH, BUCCOLA, WOOD & CAMPORA<br>20 BICENTENNIAL CIRCLE<br>SACRAMENTO, CA 95826<br>*Telephone No:* 916-379-3500    *FAX No:* 916-379-3599 | | Superior Court of California,<br>Sacramento<br>03/25/2022<br>lbaldwin1<br>By _____ , Deputy<br>**Case Number:**<br>**34-2022-00316817** |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

| | |
|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>SACRAMENTO COUNTY SUPERIOR COURT | |
| *Plaintiff:* KENNY DU | |
| *Defendant:* COSTCO WHOLESALE CORPORATION | |

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>34-2022-00316817 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; ORDER RE: DELAY IN SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE; ADR INFORMATION PACKAGE; PROGRAM CASE NOTICE

*3. a. Party served:*         COSTCO WAREHOUSE NO, 464
  *b. Person served:*     ANDREW SUZA, MANAGER, White, Male, 45 Years Old, Brown Hair, Blue Eyes, 5 Feet 9 Inches, 180 Pounds

*4. Address where the party was served:*    7981 E. STOCKTON BLVD.
                                       SACRAMENTO, CA 95823

*5. I served the party:*
  *b.* by substituted service. On: Mon., Mar. 21, 2022 at: 1:10PM by leaving the copies with or in the presence of:
                                  ANDREW SUZA, MANAGER, White, Male, 45 Years Old, Brown Hair, Blue Eyes, 5 Feet 9 Inches, 180 Pounds
  (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
  (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
  *on behalf of:* COSTCO WAREHOUSE NO, 464
  *Other:* BUSINESS ORGANIZATION, FORM UNKNOWN.

*7. Person Who Served Papers:*                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
  a. MICHAEL LYNN HENRY             *d. The Fee for Service was:*   $38.00

                                   e. I am: (3) registered California process server
         2300 P Street                           *(i)* Independent Contractor
         Sacramento, CA 95816               *(ii)* *Registration No.:*     2019-24
         (916) 498-0808                      *(iii)* *County:*           Sacramento
         FAX (916) 498-0817

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

  *Date:* Mon, Mar. 21, 2022

| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | (MICHAEL LYNN HENRY)    *nrj.419749* |
|---|---|---|

| Attorney or Party without Attorney:<br>NOLAN R JONES ESQ, Bar #309151<br>DREYER, BABICH, BUCCOLA, WOOD & CAMPORA<br>20 BICENTENNIAL CIRCLE<br>SACRAMENTO, CA 95826<br>*Telephone No:* 916-379-3500    *FAX No:* 916-379-3599 | | | | For Court Use Only |
|---|---|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No or File No.:* | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>SACRAMENTO COUNTY SUPERIOR COURT | | | | |
| *Plaintiff:* KENNY DU | | | | |
| *Defendant:* COSTCO WHOLESALE CORPORATION | | | | |

| PROOF OF SERVICE<br>By Mail | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>34-2022-00316817 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; ORDER RE: DELAY IN SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE; ADR INFORMATION PACKAGE; PROGRAM CASE NOTICE

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:             Mon., Mar. 21, 2022
    b. Place of Mailing:           SACRAMENTO, CA 95816
    c. Addressed as follows:      COSTCO WAREHOUSE NO, 464
                              7981 E. STOCKTON BLVD.
                              SACRAMENTO, CA 95823

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Mar. 21, 2022 in the ordinary course of business.

5. *Person Serving:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. LAURI GREENBERG              d. *The Fee for Service was:*    $38.00
    b. MOE'S PROCESS SERVING, INC.     e. I am: (3) registered California process server
        2300 P STREET                          *(i)*    Employee
        SACRAMENTO, CA 95816         *(ii)*   *Registration No.:*    98
    c. 916 498-0808, FAX 916-498-0817     *(iii)*  *County:*         Sacramento

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

  Date: Mon, Mar. 21, 2022

                      PROOF OF SERVICE<br>                         By Mail              (LAURI GREENBERG)        *nrj.419749*

RECEIVED
CIVIL DROP BOX

2022 MAR 25  PM 2: 04

GOSSC COURTHOUSE
SUPERIOR COURT
OF CALIFORNIA
SACRAMENTO COUNTY